

FILED

2004 MAR 25 P 2: 40

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147(CFD) |
|     PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     DEFENDANT | : | MARCH 24, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b), the Defendant, Town of Morris [hereinafter "Town"], respectfully moves for an extension of time of two (2) weeks to file a dispositive motion in this matter. The Town submits that the deadline for filing said motion is currently March 26, 2004.

In support of this Motion, the Town asserts that they require additional time to assemble the affidavits in support of their Motion for Summary Judgment. The undersigned counsel for the Town submits that she contacted Plaintiff's counsel on both March 22, 2004 and March 24, 2004, and was unable to ascertain whether he had an objection to this Motion. This is the Town's first such Motion for Extension of Time.

THE DEFENDANT,
TOWN OF MORRIS

By: /s/ J.A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendant, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 24th day of March, 2004 to:

Kenneth R. Slater, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Avenue
Hartford, CT 06103

By: /s/ J.A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

Nai-prairieland/mot.ext.time.032204