FILED

2004 MAR 25 P 2:40

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRAIRIELAND, INC.
      PLAINTIFF

v.

TOWN OF MORRIS
      DEFENDANT

CASE NO. 302CV147(CFD)

MARCH 24, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b), the Defendant, Town of Morris [hereinafter "Town"], respectfully moves for an extension of time of two (2) weeks to file a dispositive motion in this matter. The Town submits that the deadline for filing said motion is currently March 26, 2004.

In support of this Motion, the Town asserts that they require additional time to assemble the affidavits in support of their Motion for Summary Judgment. The undersigned counsel for the Town submits that she contacted Plaintiff's counsel on both March 22, 2004 and March 24, 2004, and was unable to ascertain whether he had an objection to this Motion. This is the Town's first such Motion for Extension of Time.

GRANTED, absent objection.
It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/31/04

FILED
2004 MAR 31
U.S. DISTRICT COURT
HARTFORD, CT.

SILVESTER & DALY
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243