FILED

2004 APR 12 P 1: 31

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRAIRIELAND, INC. : | CASE NO. 302CV147(CFD) |
|     PLAINTIFF : | |
| : | |
| v. : | |
| : | |
| TOWN OF MORRIS : | |
|     DEFENDANT : | APRIL 8, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b), the Defendant, Town of Morris [hereinafter "Town"], respectfully moves for an extension of time of two (2) weeks to file a dispositive motion in this matter. The Town submits that the deadline for filing said motion is currently April 12, 2004.

In support of this Motion, the Town asserts that they require additional time to assemble the affidavits in support of their Motion for Summary Judgment. Specifically, the Defendants have not yet received an executed affidavit from their expert, Curtiss Smith. The undersigned counsel for the Town submits that she contacted Plaintiff's counsel on April 8, 2004, and that she was unable to ascertain whether he had an objection to this Motion. This is the Town's second such Motion for Extension of Time.

THE DEFENDANT,
TOWN OF MORRIS

By: /s/ J.A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009

### CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendant, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 8th day of April, 2004 to:

Kenneth R. Slater, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Avenue
Hartford, CT 06103

By: /s/ J.A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-prairieland/mot.ext.time.040804