**FILED**

2004 APR 12 P 1: 31

U.S. DISTRICT COURT
HARTFORD, CT.

**GRANTED.** absent objection
It is so ordered.

Christopher F. Droney, U.S.D.J.
Hartford, CT 4/14/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRAIRIELAND, INC.
    PLAINTIFF

v.

TOWN OF MORRIS
    DEFENDANT

CASE NO. 302CV147(CFD)

APRIL 8, 2004

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b), the Defendant, Town of Morris [hereinafter "Town"], respectfully moves for an extension of time of two (2) weeks to file a dispositive motion in this matter. The Town submits that the deadline for filing said motion is currently April 12, 2004.

In support of this Motion, the Town asserts that they require additional time to assemble the affidavits in support of their Motion for Summary Judgment. Specifically, the Defendants have not yet received an executed affidavit from their expert, Curtiss Smith. The undersigned counsel for the Town submits that she contacted Plaintiff's counsel on April 8, 2004, and that she was unable to ascertain whether he had an objection to this Motion. This is the Town's second such Motion for Extension of Time.

FILED
2004 APR 15 P 12:00
U.S. DISTRICT COURT
HARTFORD, CT

**SILVESTER & DALY**
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243