FILED

2004 APR 15  A 10: 32

U.S. DISTRICT COURT
HARTFORD, CT.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147(CFD) |
|     PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     DEFENDANT | : | APRIL 15, 2004 |

### REQUEST FOR LEAVE TO AMEND ANSWER AND AFFIRMATIVE DEFENSES

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, the Defendant, Town of Morris, hereby submits this Request for Leave to Amend its Answer and Affirmative Defenses. The Defendant currently seeks to amend its special defenses to include a fifth defense, whereby the Defendant claims that it has rights to the Plaintiff's property through the doctrines of prescriptive easement and adverse possession. In support of this Request, the Defendant submits that the Plaintiff will not be prejudiced by this amendment and that the amendment will not delay the proceedings. A copy of the proposed amendment is attached hereto.

For these reasons, the Defendant, Town of Morris, respectfully requests that the court grant its Request for Leave to Amend its Answer and Affirmative Defenses.

THE DEFENDANT,
TOWN OF MORRIS

By: /s/ Josephine A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06106
Tel. (860) 278-2650
Federal Bar No. CT24009

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of April, 2004 to:

Kenneth Slater, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

By: /s/ JA Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-prairieland/req. to amend.041504