**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147(CFD) |
|     PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     DEFENDANT | : | APRIL 14, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule 56, the Defendant, Town of Morris (hereinafter "Town"), hereby submits this Motion for Summary Judgment. The Town submits that it is entitled to judgment in its favor on the Plaintiff's claims under 42 U.S.C. § 1983 and its claims for unreasonable drainage, nuisance, trespass, negligence and quiet title. Specifically, the Plaintiff's § 1983 claim is founded on a takings claim. The Town asserts that the takings claim is barred because it is not ripe and the statute of limitations has run. Additionally, the Town is entitled to judgment in its favor on the takings claim because the Town has a right to property through the existence of a prescriptive easement. Similarly, the Plaintiff cannot recover on its claim for unreasonable drainage because there is no genuine issue of material fact demonstrating that the Town caused the alleged drainage. The Plaintiff also fails to demonstrate that the Town created a nuisance on its property. With regard to the trespass and negligence claims, the Town

1

asserts that it is protected from these claims by the doctrine of qualified immunity. Lastly, the Town asserts that the Plaintiff's claim of quiet title fails because the Town has rights to the property under the doctrines of prescriptive easement and adverse possession.

In support of this Motion, the Town also submits a Memorandum of Law, a Rule 56 Statement of Facts and affidavits.

For these reasons as well as the reasons set forth in the accompanying Memorandum of Law, the Defendant, Town of Morris, requests that the court grant its Motion for Summary Judgment.

        THE DEFENDANT,
        TOWN OF MORRIS

By:_____
  JOSEPHINE A. SPINELLA
  Silvester & Daly
  72 Russ Street
  Hartford, CT 06103
  Tel. (860) 278-2650
  Federal Bar No. CT24009

## **CERTIFICATION**

      I, Josephine A. Spinella, attorney for the Defendant, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 14th day of April, 2004 to:

Kenneth R. Slater, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Avenue
Hartford, CT 06103

                                            By:_____
                                                JOSEPHINE A. SPINELLA
                                                Silvester & Daly

nai-prairieland/motion for summary judgment.040804