FILED
2004 APR 20 P 12: 00

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

PRAIRIELAND, INC.          :          CASE NO. 302CV147(CFD)
       PLAINTIFF          :
                            :
v.                         :
                            :
TOWN OF MORRIS             :
       DEFENDANT          :          APRIL 20, 2004

## NOTICE OF MANUAL FILING

Please take notice that the Defendant, Town of Morris, has manually filed the following document or thing

    Exhibits A-C and Exhibits E-I of the Memorandum of Law in Support of Motion for Summary Judgment;

    Exhibits A-E; Exhibits G-L of the Local Rule 56 (a) (1) Statement

This document has not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,
THE DEFENDANT,
TOWN OF MORRIS

By: /s/ J. A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. (860) 278-2650
Federal Bar No. CT24009

## CERTIFICATION

I, Josephine A. Spinella, attorney for the Defendant, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 20th day of April, 2004 to:

Kenneth R. Slater, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Avenue
Hartford, CT 06103

By: /s/ J. A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly