# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRAIRIELAND, INC. : | CASE NO. 302CV147(CFD) |
|     PLAINTIFF : | |
| : | |
| v. : | |
| : | |
| TOWN OF MORRIS : | |
|     DEFENDANT : | APRIL 6, 2004 |

## AFFIDAVIT OF MICHAEL DOYLE

Comes now the affiant, Michael Doyle, and being duly sworn upon his oath and being over the age of eighteen (18), does hereby attest to the court as follows:

1. That I am presently the Chairman of the Sewer Authority and Chairman of the Inland Wetlands Watercourse Commission for the Town of Morris.

2. That I was appointed to the Inland Wetlands Watercourse Commission in 1986, and that I have been on the commission continuously since 1986.

3. That I was appointed to the Sewer Authority in 1988, and that I have been involved with the Sewer Authority continuously since 1988.

4. That I was a member of the Board of Selectman in 1984.

5. That construction of the sewer line through 255 Bantam Lake Road began on September 21, 1984.

6. That construction of the sewer line was completed in 1986.

7. That man hole 34 was installed on December 18, 1984.

8. That daily records were kept of the construction of the sewer line.

9. That the first notice that there was a culvert or pipe broken at the property known as 255 Bantam Lake Road, Morris, Connecticut, was from Jay Black during the time that he was making an application for a wetlands permit in 2001.

10. That it was never reported that the Town's employees or agents broke or cut a culvert or pipe located at the property known as 255 Bantam Lake Road, Morris, Connecticut.

11. That the culvert was installed in 1954.

                                                          THE AFFIANT,

                              By:_____
                                                Michael Doyle

Subscribed and sworn to before me on this _____ day of _____, 2004.

                                                    _____
                                                    Commissioner of the Superior Court
                                                    Notary of the Public