**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147(CFD) |
| PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
| DEFENDANT | : | APRIL 8, 2004 |

## AFFIDAVIT OF CURTISS SMITH

Comes now the affiant, Curtiss Smith, and being duly sworn upon his oath and being over the age of eighteen (18), does hereby attest to the court as follows:

1. That I am currently employed by Smith & Company, formerly known as Bradford E. Smith & Son, located at 247 Main Street South Woodbury, CT 06798-0996 and am a land surveyor, licensed by the State of Connecticut.

2. That I performed a title search of the property located at 255 Bantam Lake Road, Morris, Connecticut.

3. That I inspected the property and performed a survey of the property located at 255 Bantam Lake Road, Morris, Connecticut.

4. That there are two easements granted to the Town of Morris by Mark Depecol and recorded in the Land Records.

5.      That the easements were recorded in the Land Records at Volume 44, page 188 and at Volume 44, page 189, on August 18, 1984.

6.      That there is only one manhole and approximately 196 linear feet of sanitary sewer pipe that is located outside of what is termed the "permanent" easement as shown on the map recorded at Volume 44, page 188.

7.      That said manhole and pipe are outside of the "permanent" easement but located within the boundaries of the "temporary" easement as shown on the map recorded at Volume 44, page 188.

        THE AFFIANT,

        By:_____
              Curtiss Smith

Subscribed and sworn to before me on this \_\_\_\_\_ day of _____, 2004.

        _____
        Commissioner of the Superior Court
        Notary of the Public