**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147(CFD) |
|     PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     DEFENDANT | : | APRIL 14, 2004 |

## LOCAL RULE 56 (A) 1 STATEMENT

The Defendant, Town of Morris [hereinafter "Town"] respectfully submits this Statement of Undisputed Facts pursuant to Rule 56(a) (1) of the Local Rules of Civil Procedure.

1. The Plaintiff, Prairieland, Inc., filed a Complaint, dated December 28, 2001, against the Defendant, Town of Morris, in Connecticut Superior Court. See Exhibit A, Complaint, dated December 28, 2001.

2. The Town later moved to have the matter removed to federal court. See Exhibit B, Notice of Removal.

3. Upon having the matter removed, the Plaintiff filed an Amended Complaint, dated April 12, 2002, and a Second Amended Complaint, dated January 15, 2003. See Exhibit C, Amended Complaint, dated April 12, 2002; Exhibit D, Second Amended Complaint, dated January 15, 2003.

4.  The Plaintiff is a corporation that acquired a 30-acre parcel of property located at 255 Bantam Lake Road in Morris, Connecticut on September 30, 1985. See Exhibit D.

5.  The land records for the Town of Morris show that the Plaintiff became the owner of the property through a quitclaim deed, which was signed on October 7, 1985, and recorded on October 9, 1985. See Exhibit E.

6.  On September 21, 1984, the Town, through its agents and employees, began installing a sewer line that ran across the Plaintiff's property. See Exhibit F, Affidavit of Michael Doyle.

7.  The construction of the sewer line was completed in 1986. See Exhibit F, Affidavit of Michael Doyle.

8.  Mark Depecol conveyed two easements to the Town on August 18, 1984, through quit claim deeds. See Exhibit G, Quit Claim Deed, Volume 44 at 188; Exhibit H, Quit Claim Deed, Volume 44 at 189.

9.  The quit claim deeds were recorded in Volume 44 at pages 188 and 189. See Exhibit G; Exhibit H.

10. There is one manhole that is outside the permanent easement. Exhibit M, Affidavit of Curtiss Smith.

11. Bruce Black, one of the principal owners of Prairieland, Inc., visited the property at least fifty times prior to 2000. See Exhibit I, Deposition of Bruce Black, pg. 29.

12. Jay Black was one of the principal owners of Prairieland, Inc. when Prairieland, Inc. purchased the property known as 255 Bantam Lake Road, Morris, Connecticut. See Exhibit J, Deposition of Jay Black, pgs. 16, 27.

13. Jay Black had knowledge of the sewer line before Prairieland, Inc. purchased the property. See Exhibit K, Deposition of Jay Black, pgs. 32-39.

14. The manholes, including manhole 34, are elevated above ground and are visible. See Exhibit L, Deposition of Jay Black, pg. 52.

15. The culvert was installed in 1954. Exhibit F, Affidavit of Michael Doyle.

16. There are no records from the sewer installation project indicating that the culvert was broken during the project. Exhibit F, Affidavit of Michael Doyle.

17. That the first notice to the Town of Morris that there was a broken culvert on the property was in 2001 when Jay Black filed a wetlands application. Exhibit F, Affidavit of Michael Doyle.

        THE DEFENDANT,
        TOWN OF MORRIS


By:_____
  JOSEPHINE A. SPINELLA
  Silvester & Daly
  72 Russ Street
  Hartford, CT 06103
  Tel. (860) 278-2650
  Federal Bar No. CT24009

## **CERTIFICATION**

     I, Josephine A. Spinella, attorney for the Defendant, hereby certifies that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 14th day of April, 2004 to:

Kenneth R. Slater, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Avenue
Hartford, CT 06103

                                                By:_____
                                                    JOSEPHINE A. SPINELLA
                                                    Silvester & Daly

nai-prairieland/rule 56 statement of facts.032204