UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC., | : | CASE NO. 302CV147(CFD) |
|     Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| TOWN OF MORRIS, | : | |
|     Defendant | : | MAY 6, 2004 |

**MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

    The plaintiff, Prairieland, Inc., respectfully requests an extension of time to respond to defendant's Motion for Summary Judgment, dated April 14, 2004. The plaintiff seeks an additional thirty (30) days to file a responsive pleading, up to and including June 14, 2004. The plaintiff seeks this additional time in order to properly respond to the defendant's Motion for Summary Judgment.

    This is the plaintiff's first request for an extension of time. Undersigned counsel has spoken with counsel for the defendant, Josephine A. Spinella, and opposing counsel has agreed to the extension as described above.

THE PLAINTIFF,
PRAIRIELAND, INC.

By_____
Kenneth R. Slater, Jr.
HALLORAN & SAGE LLP
Fed. Bar #ct09451
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

    This is to certify that on this 6th day of May 2004, I hereby mailed a copy of the foregoing to:

Atty. Josephine A. Spinella  
Silvester & Daly  
72 Russ Street  
Hartford, CT 06103

                                                        _____  
                                                        Kenneth R. Slater, Jr.

544252_1.DOC

One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103


HALLORAN  
& SAGE LLP

Phone (860) 522-6103  
Fax (860) 548-0006  
Juris No. 26105