UNITED STATES DISTRICT
COURT  DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC., | : | CASE NO. 302CV147(CFD) |
| Plaintiff | : | |
| VS. | : | |
| TOWN OF MORRIS, | : | |
| Defendant | : | JUNE 15, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that on June 14, 2004, the undersigned Plaintiff has manually filed the following document or thing:

Two blueprint survey maps entitled "Sanitary Sewer Easements to be conveyed to Town of Morris by Mark A. Depecol, et al" and attached as Exhibit A to Jay Black Affidavit in support of the Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment.

This exhibit has not been filed electronically because:

[ x ]   the document or thing cannot be converted to an electronic format

[ ]   the electronic file size of the document exceeds 1.5 megabytes

[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

11663.0007

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

The document or thing has been manually served on all parties.

          Respectfully submitted,
          PRAIRIELAND, INC.


    By_____
        Kenneth R. Slater, Jr.
        Halloran & Sage, LLP
        One Goodwin Square
        225 Asylum Street
        Hartford, CT 06103
        Tel. (860) 522-6103
        Juris No. 26105

Halloran & Sage LLP

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 15th day of June 2004, to all counsel and pro se parties of record as follows:

Attorney Josephine A. Spinella
Silvester & Daly
72 Russ Street
Hartford, CT 06103
Tel. No.: (860) 278-2650
Fax No.: (860) 727-9243

_____
Kenneth R. Slater, Jr.

560901_1.DOC

- 3 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105