UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147 (CFD) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     Defendant | : | JUNE 25, 2004 |

### MOTION TO FILE BRIEF IN EXCESS OF PAGE LIMITATIONS

Pursuant to Local Rule 7 (a), the Defendant, Town of Morris, hereby requests that the court permit it to file its Reply to Plaintiff's Opposition to Motion for Summary Judgment which is in excess of the delineated page limitation. The Defendant submits that it requires additional pages to reply to the Plaintiff's Opposition Memorandum. The Plaintiff sets forth six separate counts in its Amended Complaint. The Defendant moved for judgment in its favor on all six counts. In response, the Plaintiff addressed, through its Opposition Memorandum, all of the arguments pertaining to the six counts. The Plaintiff's Opposition Memorandum is thirty (30) pages long. Therefore, the Defendant requires additional pages to fully respond to the Defendants' arguments. Specifically, the Defendant submits that its Reply brief is thirteen (13) pages, excluding the certification of service page.

A copy of the Defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment is attached hereto.

For the foregoing reasons, the Plaintiffs respectfully request that the court grant their Motion.

                THE DEFENDANT,
                TOWN OF MORRIS


                By:_____
                   JOSEPHINE A. SPINELLA
                   Silvester & Daly
                   72 Russ Street
                   Hartford, CT 06103
                   Tel. (860) 278-2650
                   Federal Bar No. CT24009


## **CERTIFICATION**

I, Josephine A. Spinella, attorney for the Defendant, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 25th day of June, 2004 to:

Kenneth R. Slater, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Avenue
Hartford, CT 06103

                By:_____
                   JOSEPHINE A. SPINELLA
                   Silvester & Daly

nai-prairieland/mot. page limit.062504