UNITED STATES DISTRICT
COURT  DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC., | : | CASE NO. 302CV147(CFD) |
| Plaintiff | : | |
| VS. | : | |
| TOWN OF MORRIS, | : | |
| Defendant | : | JUNE 30, 2004 |

## MOTION FOR LEAVE TO FILE LOCAL RULE 56(a) 2 STATEMENT

The plaintiff, Prairieland, Inc., ("Prairieland") in accordance with Local Rule 7(b) of the Local Rules of Civil Procedure, seeks leave of the court to extend the time for the filing its Rule 56(a) 2 Statement to June 30, 2004.  Although the memorandum and the opposition for summary judgment and supporting affidavits were timely filed on June 14, 2004, the undersigned counsel for the plaintiff in this proceeding removed from state court did not prepare or file a Local Rule 56(a) 2 Statement.  The undersigned counsel was unaware of that requirement and overlooked the section of the local rule requiring the party opposing a motion for summary judgment to file its own statement.

The defendant is not prejudiced if the Court grants leave to file the 56(a) 2 Statement because the plaintiff's timely filed memorandum and supporting affidavits clearly articulated the disputed issues of fact and did not contest the relevant facts

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

contained in the defendant's Rule 56 (a) 1 Statement.[1]  The request for leave will enable the filing of the statement by the plaintiff which expressly admits all of the relevant facts in the defendants Rule 56 (a) 1 statement and contains a succinct recitation of the disputed facts already outlined in the plaintiff's memorandum in opposition to the motion for summary judgment and its supporting affidavits.

                              Respectfully submitted,
                              PRAIRIELAND, INC.

                              By_____/s/_____
                                  Kenneth R. Slater, Jr.
                                  Halloran & Sage, LLP
                                  One Goodwin Square
                                  225 Asylum Street
                                   Hartford, CT 06103
                                  Tel. (860) 522-6103
                                  Juris No. 26105

---

[1] The plaintiff admits all of the essential facts of the defendants Rule 56 (a) 1 statement. It clarifies or denies portions of the several of the statements on matters not central to the issues presented in the defendants' motion for summary judgment.

- 2 –

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 30th day of June 2004, to all counsel and pro se parties of record as follows:

Attorney Josephine A. Spinella
Silvester & Daly
72 Russ Street
Hartford, CT  06103
Tel. No.: (860) 278-2650
Fax No.: (860) 727-9243

                                              /s/
                                  Kenneth R. Slater, Jr.

566770_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105