**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147 (CFD) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     Defendant | : | JUNE 28, 2004 |

### MOTION TO STRIKE PLAINTIFF'S EXHIBITS

The Defendant, Town of Morris, hereby submits this Motion to Strike Plaintiff's Exhibits that are attached to its Opposition to Motion for Summary Judgment. In support of this Motion, the Defendant argues that the court should strike certain paragraphs contained in the Affidavit of Jay Black, Exhibit 1, and certain paragraphs contained in the Affidavit of Bruce Black, Exhibit 3, because they are inadmissible. Specifically, the paragraphs are improper because they contain hearsay statements and they violate the best evidence rule.

The reasons that support this Motion are more fully set forth in the accompanying Memorandum of Law.

The Defendants, therefore, submit that the court should grant their Motion to Strike.

                    THE DEFENDANT,
                    TOWN OF MORRIS

By:_____
   JOSEPHINE A. SPINELLA
   Silvester & Daly
   72 Russ Street
   Hartford, CT 06103
   Tel. (860) 278-2650
   Federal Bar No. CT24009

## **CERTIFICATION**

     I, Josephine A. Spinella, attorney for the Defendant, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 28th day of June, 2004 to:

Kenneth R. Slater, Jr., Esq.
Halloran & Sage, LLP
225 Asylum Avenue
Hartford, CT 06103

By:_____
   JOSEPHINE A. SPINELLA
   Silvester & Daly

nai-prairieland/MTS.062804