FILED

2004 AUG -6 P 4: 51

DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC., | : | CASE NO. 302CV147(CFD) |
| Plaintiff | : | |
| VS. | : | |
| TOWN OF MORRIS, | : | |
| Defendant | : | AUGUST 5, 2004 |

## AFFIDAVIT

I, Jay Black, being duly sworn, depose and say:

1. That I am more than eighteen (18) years of age and believe in the obligation of an oath.

2. I am a licensed land surveyor and have been so licensed in the State of Connecticut at all times since 1970.

3. I am a licensed civil engineer and have been so licensed in the State of Connecticut since 1966.

4. I am personally familiar with 255 Bantam Lake Road, the property at issue in this civil action (the "Property"). It is an undeveloped wooded and brushy 30+/- acre parcel of land located in Morris Connecticut and bounded on the south by a municipal highway known as Little Road.

5. I currently serve Prairieland as a licensed surveyor and engineer and have served it in that capacity from 2000 to the present regarding its efforts to evaluate and prepare the Property for development.

6. Based on my survey and analysis of the Property, manholes 33, 33a and 34 of the Town of Morris sanitary sewer system are located outside of the permanent easement area granted to the Town authorizing the permanent location of a portion of the system on the Property.

7.     Manholes 33 and 33a are not constructed above-grade of the Property and are not readily visible on the property without removal of vegetation and only during times when the manholes are not covered by standing water.

8.     The permanent easement boundary to the Town for the sanitary sewer line on the Property is not marked or monumented in the field. As a result, even if manholes 33, 33a and 34 are readily visible in the field, visible inspection of the Property would not indicate that they those manholes were located outside of the permanent easement area granted to the Town.

9.     Construction of the sanitary sewer line on the Property was completed during 1986. Records of the Town of Morris, attached as exhibit A, establish that portions of the Town of Morris sanitary sewer system were completed during 1987.

_____
Jay Black

Subscribed and sworn to before me this ____ day of August 2004.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires:

Patricia Casin
NOTARY PUBLIC
State of Connecticut
My Commission Expires 11/30/07

579574_1.DOC

MORRIS SEWER AUTHORITY

A regular meeting of the Morris Sewer Authority was held on Wednesday, March 18, 1987 at 7:30 P.M. in the Planning and Zoning Room of the Morris Town Hall.

Richard Hull called the meeting to order at 7:40 P.M.

Members present: Chairman, Richard Hull, Carol Ford, Joe Pedane and Kevin Chilson. Eugene Savickas called to be excused.
Also present: Lori Edmonds, members of the public and press.

Richard Hull informed the Authority of DEP's intent to begin an audit of the Sewer Authority on Friday, March 20, 1987.

The Westover Condominium changeover was deferred until the next meeting.

Richard Hull and Kevin Chilson made a walking tour of those areas of complaint by homeowners. A list of the necessary procedures to rectify these complaints will be acted upon. A list of engineering and contractor problems will be forwarded to Hayden/Wegman.

Mr. Schirmer submitted a list of problems installing sewer hookups and the cost overruns incurred, all of which will be forwarded to Hayden/Wegman.

Upon a motion by Carol Ford and seconded by Kevin Chilson, it was VOTED unanimously to adjourn the meeting at 7:50 P.M. in order to proceed with a workshop.

Richard Hull reconvened the meeting at 8:15 P.M. upon the arrival of Blair Lawson who reported on the bonding proposal. The consensus of opinion by Authority members is to persue the bonding with Carol Ford acting as laison to work with Blair Lawson. Richard Hull will also participate in these meetings.

Upon a motion by Carol Ford and seconded by Kevin Chilson, it was VOTED unanimously to adjourn the meeting at 8:22 P.M.

Submitted by _Denise Modine_

RECEIVED _March 20, 1987_
ATTEST _Dusty P. Tom_
        TOWN CLERK

MORRIS SEWER AUTHORITY

A regular meeting of the Morris Sewer Authority was held on Wednesday, March 25, 1987 in the Planning and Zoning Room of the Town Hall.

The meeting was called to order by Chairman, Richard Hull at 7:45 P.M.

Members present: Richard Hull, Eugene Savickas, and Carol Ford.
Not present: Joe Pedane and Kevin Chilson.
Also present: members of the press and public.

Upon a motion by Eugene Savickas and seconded by Carol Ford, it was VOTED unanimously to accept the minutes of March 11, 1987.

Upon a motion by Eugene Savickas and seconded by Carol Ford, it was VOTED unanimously to accept the minutes of the March 18, 1987 meeting.

Upon a motion by Carol Ford and seconded by Eugene Savickas, it was VOTED unanimously to accept the minutes of the March 2, 1987 meeting with the following corrections: Office of Planning and Methods changed to read Office of Planning and Management and 17,000 gallons changed to 27,000 gallons of flow.

Hubble Construction retainage vote was deferred until the next meeting.

Gilbert Construction submitted a profile for the connections for Westover Condominiums. This profile will be forwarded to Hayden/Wegman for their engineering opinion.

Upon a motion by Carol Ford and seconded by Eugene Savickas, it was VOTED unanimously to contact A-N Consulting Engineers to come in and advise us of their services.

Upon a motion by Carol Ford and seconded by Eugene Savickas, it was VOTED to add to the Agenda and act on the letter received from A-N Consulting Engineers. Motion carried as follows: Carol Ford - aye; Eugene Savickas - aye; Richard Hull - aye.

Litchfield Sewer Commission has indicated problems with the efficiency of the metering system.

Carol Ford and Lori Edmonds met with Blair Lawson to review the system to be implemented for the Bookkeeping Ledgers.

Assessment loans should be based on 27 years, not 28 years.

Ruppel will lower the manhole on Oak Drive for $250.00.

Releases will be prepared for Gordon and Levy to expedite payment.

Upon a motion by Eugene Savickas and seconded by Carol Ford, it was VOTED unanimously to adjourn the meeting at 9:02 P.M.

RECEIVED March 27, 1987                    Submitted by _____

ATTEST _____

```
                                         MORRIS, CT. 96763
                                         APRIL 15, 1987
```

MORRIS SEWER COMMISSION
MORRIS,
CONNECTICUT 06763

SIRS,

UPON WALKING THE SEWER LINE ON DEER ISLAND WITH RICHARD HULL, KEVIN CHILSON AND ENGINEER STEVE McDONALD CHECKING ALL MAN HOLES FOR POSSIBLE WATER INFILTRATION, WE FOUND THE FOLLOWING:

1. The brickwork on the top of manhole #21 is deteriorating.

2. Manhole # 9 is operating normally.

3. Manhole # 7 - water was leaking in through one of the seams. The water flow in the manhole was greater than normal, indicating possible water infiltration somewhere between #7 and # 5.

4. Manhole # 5 was dry.

5. Manhole # 11 - water was standing in the bottom of the trough. Water could be heard running in the bottom of the manhole. A portion of the road, patched at this manhole, has settled causing a low spot where water can collect and possibly run into the manhole through the cover.

6. Water was standing in the bottom of # 11

7. The exit pipe in the bottom of manhole # 13 was one third full of mud.

8. In a trench on the McDonald property, a soil pipe connected to the system was being held up by a length of rope with a clean-out on the end. The cleanout was not water tight. There was evidence that the pipe was submerged at one time. The trench as it was, was one half full of water.

                                        Respectfully submitted,


                                        CHARLES SCHIRMER
                                        CHAS. SCHIRMER
                                        PLUMBING & HEATING

MORRIS SEWER AUTHORITY

The Morris Sewer Authority held a regular meeting on Wednesday, May 13, 1987 at 7:30 P.M. in the Planning and Zoning Room of the Town Hall.

The meeting was called to order at 7:40 P.M. by Chairman Richard Hull.

Members present: Richard Hull, Carol Ford, Eugene Savickas and Alan Shoenbach. Kevin Chilson was in attendance at 8:00 P.M.

Also present were members of the public and press.

Upon a motion by Eugene Savickas and seconded by Carol Ford, it was VOTED to accept the minutes of April 22, 1987 with Alan Shoenbach abstaining.

Upon a motion by Carol Ford and seconded by Eugene Savickas, it was VOTED to accept the minutes of April 29, 1987 with the following correction: adjournment was at 9:45 P.M.. Motion carried with Alan Shoenbach abstaining.

A motion was made by Alan Shoenbach and seconded by Eugene Savickas to accept the minutes of the May 4, 1987 meeting with the following corrections: the check for Donald Gordon will be for $250.00; correspondence from Guion & Stevens was dated 4/30/87 and Carol Goslee will be paid $10.00 as a consultant. The motion was VOTED and carried with one abstention by Carol Ford.

The following correspondence was received: Bantam Business Products-$20.47 to be paid from the maintenance account and $31.42 to be paid from the office supplies account. Upon a motion by Alan Shoenbach and seconded by Eugene Savickas, it was VOTED to pay the above invoices. Motion carried. A price quotation for a fireproof file cabinet was received. The Roxbury Club requested a bill for the balance of their sewer assessment. Alan Shoenbach moved to table their request until the next meeting. Carol Ford seconded and motion carried unanimously. A revised invoice from Atty. Ruggerio was received and will be checked for errors by Carol Ford. Charles Schirmer submitted a bill for $187.50 for inspections of manholes for water infiltration. Upon a motion by Carol Ford and seconded by Eugene Savickas, it was VOTED unanimously to pay Mr. Schirmer from the maintenance account. A check was received from Parker Holden for $597.03 as payment on assessment installment. County Engineers submitted an invoice for $88.00. Richard made a motion to table until the next meeting. Carol Ford seconded and the motion was VOTED and carried unanimously. Alan Shoenbach made a motion to request a copy of the report by the State Police from Atty Santore. Kevin Chilson seconded the motion and it was VOTED and carried unanimously. Arthur Cote requested to fill his septic tank with stone and the Authority agreed to his request. Ray Foster requested an inspection of a puddle of slimy substance which will be done by Kevin Chilson. Shirley Boucher's letter outlining hookup options by Hayden/Wepman was received. Litchfield Sewer Commission's letter indicated daily flows of 41,810 and a monthly total of 1,254,297.

Gilbert Construction has suspended operations on the Westover hookup due to high water levels. Kevin Chilson recommended filling in any open trenches.

Alan Shoenbach motioned to table the job description for Denise Modine. Carol Ford seconded and the motion was VOTED and carried unanimously.

MORRIS SEWER AUTHORITY

A regular meeting of the Morris Sewer Authority was held on Monday, July 6, 1987 in the Planning and Zoning Room of the Town Hall at 7:30 P.M.

The meeting was called to order at 7:30 P.M. by Chairman, Richard Hull.

Members present: Richard Hull, Carol Ford and Alan Schoenbach. Members absent: Eugene Savickas and Kevin Chilson.

The following correspondence was received: a letter from Arthur Vayer requesting additional loan monies to cover the increase of assessment on his property however, retaining the right to contest the assessment; a check from Henry Stocking in the amount of $2,870.94 and invoices from Bantam Business Products.

Upon a motion by Carol Ford and seconded by Alan Schoenbach, it was VOTED unanimously to add to the Agenda, the approval of Bantam Business' invoices.

Upon a motion by Carol Ford and seconded by Alan Schoenbach, it was VOTED unanimously to approve the following invoices for Bantam Business: $24.47, $31.42 and $37.95 to paid from the supplies account; and to pay Carol Goslee $90.00 from the Construction account.

Upon a motion by Carol Ford and seconded by Alan Schoenbach, it was VOTED unanimously to add to the Agenda, the approval of the minutes of the Public Hearing of June 30, 1987.

Upon a motion by Carol Ford and seconded by Richard Hull, it was VOTED unanimously to approve the minutes of the Public Hearing of June 30, 1987 and the minutes of the Authority meeting of June 24, 1987.

Upon a motion by Alan Schoenbach and seconded by Carol Ford, it was VOTED unanimously to give Chairman, Richard Hull the authority to hire a person from Jackie Carol services at $11.20 per hour to do data processing.

The deadline for hookup to the sewer system is not extended and remains July 1, 1987.

Upon a motion by Carol Ford and seconded by Alan Schoenbach, it was VOTED unanimously to adjourn the meeting at 8:40 P.M.

Submitted by _Denise Modine_