UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PRAIRIELAND, INC. : CASE NO. 302CV147(CFD)
        PLAINTIFF :
         :
v. :
         :
TOWN OF MORRIS :
        DEFENDANT : APRIL 15, 2004

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES

The Defendant, Town of Morris, by its attorney, answers the Plaintiff's Second Amended Complaint dated January 15, 2003 as follows:

### JURISDICTION

    1.    Admitted.

    2.    Admitted.

### THE PARTIES

    3.    The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

    4.    The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

    5.    Admitted.

**BACKGROUND**

6. Admitted.

7. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

8. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

9. Denied.

10. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

11. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

12. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

13. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

14. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

SILVESTER & DALY
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243

**CLAIMS FOR RELIEF**

**FIRST CLAIM FOR RELIEF – TAKING OF REAL PROPERTY WITHOUT JUST COMPENSATION**

15. Denied.

16. Denied.

**SECOND COUNT – QUIET TITLE**

17. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

18. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

19. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

**THIRD COUNT – UNREASONABLE DRAINANGE**

20. Denied.

**FOURTH COUNT - NUISANCE**

21. Denied.

**FIFTH COUNT - TRESPASS**

22. Denied.

SILVESTER & DALY
72 RUSS STREET • HARTFORD, CONNECTICUT 06106 • (860) 278-2650 • FAX (860) 727-9243

## SIXTH COUNT - NEGLIGENCE

23. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

24. The Defendant, Town of Morris, has insufficient knowledge or information upon which to form a belief and, therefore, leaves the Plaintiff to its burden of proof.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

## AFFIRMATIVE DEFENSES

1. The Plaintiff's claims are barred by the statute of limitations.

2. The Plaintiff has failed to state a claim upon which relief may be granted.

3. The doctrine of qualified immunity precludes the Plaintiff's recovery.

4. The doctrine of governmental immunity, Connecticut General Statutes §52-557n, precludes the Plaintiff's recovery.

5. The Defendant, Town of Morris, has interests and rights in the property that the sewer line occupies through the doctrines of prescriptive easement and adverse possession.

THE DEFENDANT,
TOWN OF MORRIS


By: /s/ Josephine A. Spinella
JOSEPHINE A. SPINELLA
Silvester & Daly
72 Russ Street
Hartford, CT 06106
Tel. (860) 278-2650
Federal Bar No. CT24009

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of April, 2004 to:

Kenneth Slater, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

By: _____
JOSEPHINE A. SPINELLA
Silvester & Daly

nai-prairieland/amended answer.041504