**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PRAIRIELAND, INC., | : | CASE NO. 302CV147(CFD) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     Defendant | : | OCTOBER 18, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully requests that her appearance in the above-captioned matter be withdrawn as counsel for the Defendant.

                THE DEFENDANT,
                TOWN OF MORRIS

                By:_____
                   JOSEPHINE A. SPINELLA
                   Silvester & Daly
                   118 Oak Street
                   Hartford, CT 06106
                   Tel. (860) 278-2650
                   Federal Bar No. CT24009

## **CERTIFICATION**

      I, Josephine A. Spinella, attorney for the Defendants, hereby certify that a copy of the foregoing has been mailed, postage prepaid, in the United States Mail, this 18th day of October, 2005 to:

Kenneth R. Slater, Jr., Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                              By:_____
                                                  JOSEPHINE A. SPINELLA
                                                    Silvester & Daly

Nai-prairieland/mot. to withdraw JAS.101805