

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC().<br>Plaintiff | : | CASE NO. 302CV147 (CFD) |
| v. | : | |
| TOWN OF MORRIS<br>Defendant | : | DECEMBER 1, 2005 |

## NOTICE OF APPEARANCE

Please enter my appearance for the Defendant, Town of Morris, in the above case.

THE DEFENDANT,
TOWN OF MORRIS

By: /s/ William M. Tierney
WILLIAM M. TIERNEY
Silvester & Daly
118 Oak Street
Hartford, CT 06106
Tel. (860) 278-2650
Fax (860) 727-9243
Federal Bar No. CT25904

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via facsimile, this 1st day of December, 2005 to:

Kenneth Slater, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103-4303

By: /s/ William M. Tierney
WILLIAM M. TIERNEY
Silvester & Daly

nai-prairieland/appearance-wmt.120105