**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PRAIRIELAND, INC.            :            CASE NO. 302CV147(CFD)
          PLAINTIFF    :
                      :

v.                       :
                      :

TOWN OF MORRIS        :
          DEFENDANT  :            FEBRUARY 1, 2006

**MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7 (b), the Defendant, Town of Morris, respectfully moves

for an extension of time of two (2) weeks, to February 15, 2006, to comply with the

Court's Order Re Status, dated January 4, 2006 and due February 1, 2006.

In support of this Motion, the Town asserts that the court, *Droney, J*, denied its

Motion for Summary Judgment on September 21, 2005.  In its order denying said

motion, the court stated that the denial was "without prejudice to refilling upon

consideration of the U.S. Supreme Court's decision in San <u>Remo Hotel, LP v. San</u>

<u>Francisco</u> and its effect upon the Second Circuit's decision in <u>Santini v. Connecticut</u>

<u>Hazardous Waste Management Service</u>".

The undersigned further represents that he appeared as counsel for the

Defendant on December 1, 2005, and that he needs the requested two week extension

to fully and accurately respond to the court's Order Re Status.  Specifically, more time is

needed to respond to the questions regarding discovery, and whether there are, or will be, any motions pending.

The undersigned counsel for the Defendant submits that he contacted Plaintiff's counsel, Kenneth R. Slater, and that Mr. Slater has no objection to this Motion for Extension of Time.

THE DEFENDANT,
TOWN OF MORRIS

By: /s/William M. Tierney
    WILLIAM M. TIERNEY CT25904
    Silvester & Daly
    118 Oak Street
    Hartford, CT 06103
    Tel. (860) 278-2650
    Fax (860) 727-9243
    E-mail: wtierney@silvester-daly.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PRAIRIELAND, INC.           :          CASE NO. 302CV147(CFD)
        PLAINTIFF      :
                          :
v.                          :
                          :
TOWN OF MORRIS         :
        DEFENDANT    :          FEBRUARY 1, 2006

## CERTIFICATE OF SERVICE

      I hereby certify that on February 1, 2006, a copy of foregoing, Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                      THE DEFENDANT,
                      TOWN OF MORRIS

                      By: /s/William M. Tierney
                         WILLIAM M. TIERNEY CT25904
                         Silvester & Daly
                         118 Oak Street
                         Hartford, CT 06103
                         Tel. (860) 278-2650
                         Fax (860) 727-9243
                         E-mail: wtierney@silvester-daly.com