UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147 (CFD) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     Defendant | : | MARCH 21, 2006 |

## JOINT STATUS REPORT

**A.   NATURE OF CASE**

    1.   This matter arises out damages that the Plaintiff, Prairieland, Inc., sustained as a result of the Town of Morris' construction of a sewer on its property. The Amended Complaint includes claims of improper takings without just compensation under the Fifth and Fourteenth Amendments of the United States Constitution, quiet title, violation of Connecticut General Statute § 13a-138, nuisance, trespass and negligence. The only parties in this matter are the Plaintiff, Prairieland, Inc. and the Defendant, Town of Morris. The Plaintiff seeks relief in the form of a permanent injunction, a judgment determining the rights of the parties to the land and compensatory damages. This case is unrelated to any other pending action.

    2.   There are currently no motions pending, although the Defendant expects to resubmit its Motion for Summary Judgment, which motion was denied by the court

without prejudice so that the effect of <u>San Remo Hotel, et al v. San Francisco, et al</u>, could be addressed.

    3.    The Defendant requests a jury trial.

**B.**     **DISCOVERY**

    1.    Discovery is nearly complete. The Defendant does not expect to conduct any more depositions.

The plaintiff will be filing a formal expert disclosure regarding a witness who was already deposed as a purported fact witness. That witness was a former principal of the Plaintiff and is also a civil engineer and licensed surveyor. Some of his testimony could be construed as expert testimony.

The parties recognize that they are outside of the current scheduling order and will be filing a Joint Motion for Enlargement of Time to address this issue.

**C.**     **DISPOSITIVE MOTIONS**

    1.    The Defendant anticipates resubmitting its Motion for Summary Judgment.

**D.**     **SETTLEMENT**

    1.    There has been no settlement conference.

    2.    The Defendant believes a settlement conference at the close of discovery would be beneficial.

**E.**     **TRIAL PREPARATION**

    1.     The matter will be ready for trial in the fall/winter of 2006.

    2.     The Defendant reserves its right to disclose experts.

    3.     There are no additional pleadings to be filed.

    4.     No joint trial memorandum has been filed.  It is due within thirty (30) days of the court's ruling on any dispositive motion.

                                        THE DEFENDANT,
                                        TOWN OF MORRIS

                                        By: /s/ William M. Tierney
                                              WILLIAM M. TIERNEY
                                              Silvester & Daly
                                              118 Oak Street
                                              Hartford, CT 06103
                                              Tel. (860) 278-2650
                                              Federal Bar No. CT25904

                                        THE PLAINTIFF,
                                        PRAIRIELAND, INC.

                                        By: /s/ Kenneth R. Slater
                                              KENNETH R. SLATER, JR.
                                              Halloran & Sage, LLP
                                              One Goodwin Square
                                              225 Asylum Street
                                              Hartford, CT 06103
                                              Tel. (860) 522-6103
                                              Federal Bar No. CT09451

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147 (CFD) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     Defendant | : | MARCH 21, 2006 |

## CERTIFICATE OF SERVICE

    I hereby certify that on March 21, 2006, a copy of foregoing Joint Status Report, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                       THE DEFENDANT,
                       TOWN OF MORRIS

                       By: /s/William M. Tierney
                          WILLIAM M. TIERNEY CT25904
                          Silvester & Daly
                          118 Oak Street
                          Hartford, CT 06103
                          Tel. (860) 278-2650
                          Fax (860) 727-9243
                          E-mail: wtierney@silvester-daly.com