# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PRAIRIELAND, INC., | : |
| Plaintiff | : |
| | : |
| v. | : Civil Action No. 3:02 CV 147 (CFD) |
| | : |
| TOWN OF MORRIS, | : |
| Defendant. | : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____  A recommended ruling on the following motions which are currently pending: (orefm.)

____  A ruling on the following motion which is currently pending: (orefm.)

**X**  A settlement conference (orefmisc./cnf)

____  A conference to discuss and approve the following: (orefmisc./cnf)

____  Other: (orefmisc./misc) _____

**SO ORDERED** this __22nd__ day of March 2006, at Hartford, Connecticut.

/s/ CFD
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**