UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147(CFD) |
|     PLAINTIFF | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     DEFENDANT | : | OCTOBER 27, 2006 |

### JOINT MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 7 (b), the parties in the above-entitled action jointly move for an extension of time, up to and including November 17, 2006, within which to file the Joint Trial Memorandum. In support of this motion the parties state that no trial date has been assigned in this matter, and the parties need the additional time in order to fully comply with the court's Trial Memorandum Order.

| | |
|---|---|
| THE PLAINTIFF,<br>PRAIRIELAND, INC. | THE DEFENDANT,<br>TOWN OF MORRIS |
| By: /s/ Kenneth R. Slater, Jr.<br>KENNETH R. SLATER, JR.<br>Halloran & Sage, LLP<br>225 Asylum Avenue<br>Hartford, CT 06103<br>Tel. (860) 297-4662<br>Federal Bar No. CT09451 | By: /s/ William M. Tierney<br>WILLIAM M. TIERNEY<br>Silvester & Daly<br>118 Oak Street<br>Hartford, CT 06103<br>Tel. (860) 278-2650<br>Federal Bar No. CT25409 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PRAIRIELAND, INC. | : | CASE NO. 302CV147 (CFD) |
|     Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| TOWN OF MORRIS | : | |
|     Defendant | : | October 27, 2006 |

### CERTIFICATE OF SERVICE

    I hereby certify that on October 27, 2006, a copy of foregoing Joint Motion for Extension of Time, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              THE DEFENDANT,
                              TOWN OF MORRIS

                              By: /s/William M. Tierney
                                  WILLIAM M. TIERNEY CT25904
                                  Silvester & Daly
                                  118 Oak Street
                                  Hartford, CT 06103
                                  Tel. (860) 278-2650
                                  Fax (860) 727-9243
                                  E-mail: wtierney@silvester-daly.com